UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>          Plaintiff,           )<br>                              )<br>     vs.                      )     Case No. S2-4:22CR00229 JAR<br>                              )<br>ANDRE PEARSON,                )<br>                              )<br>          Defendant.          ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge John M. Bodenhausen (ECF No. 699). On February 7, 2024, Defendant Pearson filed a Motion to Sever (ECF No. 673). Magistrate Judge Bodenhausen recommends the Court deny Defendant's Motion to Sever.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge John M. Bodenhausen, who filed a Report and Recommendation on March 18, 2024 (ECF No. 699). Defendant Pearson filed objections to the Report and Recommendation on March 14, 2024 (ECF No. 707), summarily stating that he objects to the conclusions drawn by Magistrate Judge Bodenhausen but fails to provide any convincing argument to the contrary. The Government thereafter filed a Response to the Objections on March 18, 2024 (ECF No. 711). Based on a review of the record the Court finds that the Magistrate Judge's conclusions are supported by the evidence, and Defendant Pearson's objections are not persuasive.

The Magistrate Judge recommends that the Motions to Sever be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [699] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motions to Sever [673] is **DENIED**.

**IT IS FURTHER ORDERED** that this matter remains scheduled for **Jury Trial** on **Monday, April 22, 2024 at 9:00 a.m.**

Dated this 20th day of March, 2024.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE